UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Meghan Fleming,                      Civil File No. 10-cv-4302 ADM/AJB

     Plaintiff,

vs.                                          **ORDER FOR DISMISSAL
WITH PREJUDICE**

Windham Professionals, Inc.

     Defendant.

---

Based on the Stipulation of the Parties filed via ECF as Doc. # 4, IT IS HEREBY ORDERED THAT the above-entitled action by Plaintiff is dismissed on the merits and with prejudice, and without costs, disbursements or attorney's fees to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.

                                                **BY THE COURT:**

Date: March 18, 2011               s/Ann D. Montgomery

                                           Ann D. Montgomery
                                           United States District Court Judge